

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00577-CR

Jose **PRADO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR0769
Honorable Melisa Skinner, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED October 30, 2013.

_____
Marialyn Barnard, Justice